**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

VICKI L. BUCCIERE,

        Plaintiff,

v.

HENRY FORD HEALTH SYSTEM
and HENRY FORD HOSPITAL,

        Defendants.

Case No. 16-14028
Hon. Terrence G. Berg

**ORDER GRANTING PLAINTIFF'S
MOTION FOR LEAVE TO AMEND (DKT. 24)**

This matter is before the Court on Plaintiff's motion for leave to file an amended complaint (Dkt. 24). Plaintiff seeks leave to amend to clarify which specific provisions of the Michigan Public Health Code she relies on to support her termination in violation of public policy claims. Defendants oppose Plaintiff's request for leave to amend, arguing that permitting an amendment at this late stage would be prejudicial to Defendants, and that Plaintiff's proposed amendment is futile.

The Court conducted a telephone conference in this case on December 5, 2017, during which it indicated that Plaintiff's motion to amend would be granted. Therefore, Plaintiff is directed to file her amended complaint within seven (7) days of the date of this order. Defendants, however, will be permitted to challenge the new theories advanced in Plaintiff's amended

complaint in a future dispositive motion. In other words, the Court's granting of Plaintiff's motion to amend is without prejudice to Defendants re-raising the same arguments that they advanced in opposition to Plaintiff's motion to amend.

Furthermore, during the phone conference, the parties agreed to permit a supplemental deposition of Plaintiff (even though discovery is now closed), so that defense counsel can question Plaintiff about the new statutory language upon which she now relies. The parties are directed to complete this deposition as soon as practicable.

**SO ORDERED.**

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: December 12, 2017

### CERTIFICATE OF SERVICE

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on December 12, 2017.

s/A. Chubb
Case Manager